UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

ROBERT BYRNE,

                     Plaintiff,                    **SEALING ORDER**

    -against-                               12 Civ. 5355 (AEK)

YEATS CONSTRUCTION MANAGEMENT,
INC. and MONOMOY FARM LLC,

                     Defendants.
-------------------------------------------------------------X

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

      Plaintiff filed affidavits, ECF No. 28 & 29, with attached medical records and bills that must be placed under seal because they contain confidential information. Accordingly, the Court hereby respectfully directs the Clerk of the Court to place ECF Nos. 28 & 29 under seal and to restrict access to the parties in the case and the Court.

Dated: November 16, 2021
        White Plains, New York

                                                                        SO ORDERED.

                                                                    _____
                                                                      ANDREW E. KRAUSE
                                                                      United States Magistrate Judge