UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ROBERT BYRNE,

                Plaintiff,                    12 **CIVIL** 5355 (NSR)(AEK)

       -against-                         **JUDGMENT**

YEATS CONSTRUCTION MANAGEMENT,
INC, and MONOMOY FARM LLC,

                Defendants.
------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated October 11, 2022, the Court has ADOPTED Judge Krause's R&R in its entirety and judgment is entered in favor Plaintiff and against Defendant Yeats in the amount of $788,299.58, plus post-judgment interest in accordance with 28 U.S.C. § 1961; accordingly, the case is closed.

**Dated:**  New York, New York
          October 12, 2022

                                                  **RUBY J. KRAJICK**

                                                  **Clerk of Court**
                          **BY:**      *K. Mango*
                                                  **Deputy Clerk**